Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER ROA and RANDALL CHATMAN FRANKLIN | |
| Plaintiffs, | |
| v. | Civil Action No. 1:21-cv-00333-DKW-KJM |
| CITY AND COUNTY OF HONOLULU | NOTICE OF UNCONSTITUTIONALITY |
| | Judge: N/A |
| | Trial: N/A |
| Defendant. | Hearing: N/A |

## Notice of Unconstitutionality

COME NOW the Plaintiffs Peter Roa and Randall ChatmanFranklin by and through undersigned counsel, and pursuant to 28 USC § 2403, F.R.C.P. 5.1 and Local Rule 7.2 provide notice that this action potentially questions the constitutionality of Hawaii Revised Statute §134-7(b), to the extent that provision denies applicants permits if they have been convicted of a violation for disorderly conduct. Plaintiffs do not believe that this action challenges the constitutionality of any Hawaii law and only files this notice out of an abundance of caution. In fact, Plaintiffs have expressly alleged that they are challenging a City policy as their primary argument as Hawaii law expressly states violations are not crimes. Thus, state law does not prohibit persons convicted of them from owning firearms. Therefore, Plaintiffs do not think that the State should involved itself in this action. Pursuant to this notice and 28 USC § 2403, Plaintiffs Roa and ChatmanFranklin requests the Clerk of this Court give the State notice of this suit.

Dated: Honolulu, Hawaii, August 6, 2021.

                                          Respectfully submitted,

                                        */s/ Alan Beck*
                                        Alan Alexander Beck

                                        */s/Kevin Gerard O'Grady*
                                        Kevin O'Grady

# Certificate of Service

I served the foregoing pleading by electronically filing it with the Court's CM/ECF system, which generated a Notice of Filing and effects service upon counsel for all parties in the case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Honolulu, Hawaii, August 6, 2021.

                              Respectfully submitted,

                              */s/ Alan Beck*
                              Alan Alexander Beck

                              /s/*Kevin Gerard O'Grady*
                              Kevin O'Grady