# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00333-DKW-KJM |
| CASE NAME: | Roa, et al v. City and County of Honolulu |
| ATTYS FOR PLA: | Alan A. Beck<br>Kevin Gerard O'Grady |
| ATTY FOR DEFT: | Robert M. Kohn |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | Video Tele-Conference (VTC) |
| DATE: | 09/17/2021 | TIME: | 1:30 - 2:30 |

COURT ACTION:  EP:    EARLY SETTLEMENT CONFERENCE held.

The Court met with the parties. Settlement discussions held.

Parties reached a settlement of the attorneys' fees portion of this case, subject to City Council approval.

Status Conference set for September 22, 2021 is vacated.

Stipulation for dismissal due to watson_orders@hid.uscourts.gov by November 17, 2021.

*Submitted by: Bernie Aurio, Courtroom Manager*