DANA M.O. VIOLA        6095
Corporation Counsel

ROBERT M. KOHN         6291
NICOLETTE WINTER       9588
Deputies Corporation Counsel
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, Hawai'i 96813
Telephone: (808) 768-5129, 5234
Facsimile: (808) 768-5105
Email: robert.kohn@honolulu.gov,
       nwinter@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF
HONOLULU

ALAN ALEXANDER BECK    9145
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
Telephone: (619) 905-9105
Email:
Alan.alexander.beck@gmail.com

KEVIN GERARED O'GRADY  8817
Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813
Telephone: (808) 521-3367
Email:
Kevin@KevinOGradyLaw.Com

Attorneys for Plaintiffs
PETER ROA and
RANDALL FRANKLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PETER ROA and RANDALL FRANKLIN,<br><br>      Plaintiffs,<br>vs.<br><br>CITY AND COUNTY OF HONOLULU,<br><br>      Defendant. | Civil No. CV 21-00333 DKW/KJM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER<br><br><br><br>Trial Date: None. |

STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between all parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims (including claims for attorney's fees and costs) be dismissed with prejudice. All parties to this action have indicated their approval and have signed this stipulation. Trial in this matter has not been set. No other claims and/or parties remain.

DATED: Honolulu, Hawaiʻi, December 15, 2021.

    /s/ Alan Alexander Beck
ALAN ALEXANDER BECK
KEVIN GERARD O'GRADY

Attorneys for Plaintiffs
PETER ROA and RANDALL FRANKLIN

//

//

//

---

*Peter Roa and Randall Franklin v. City and County of Honolulu*; Civil No. 21-00333 DKW-KJM; Stipulation for Dismissal With Prejudice; Order

DATED:  Honolulu, Hawai'i, December 15, 2021.

        DANA M.O. VIOLA
        Corporation Counsel

        By: /s/ Robert M. Kohn
            ROBERT M. KOHN
            NICOLETTE WINTER
            Deputies Corporation Counsel

        Attorneys for Defendant
        CITY AND COUNTY OF HONOLULU

**IT IS APPROVED AND SO ORDERED:**

DATED:  December 15, 2021 at Honolulu, Hawai'i.



        /s/ Derrick K. Watson
        Derrick K. Watson
        United States District Judge

---

*Peter Roa and Randall Franklin v. City and County of Honolulu*; Civil No. 21-00333 DKW-KJM; Stipulation for Dismissal With Prejudice; Order